EMILY J. CHARDE et al., Respondents, *v.* THE CITY OF BROOKLYN, Appellant.

*Charde v. City of Brooklyn* (8 Misc. Rep. 598), reversed.

MARIA O. SIMMS, as Executrix, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

Reported below, 87 Hun, 35.
(Argued October 8, 1895; decided October 22, 1895.)

APPEAL in the Charde case from judgment of the General Term of the City Court of Brooklyn, entered upon an order made May 28, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Albert G. McDonald* and *R. B. Greenwood, Jr.,* for appellant.

*Oscar Frisbie* for respondents.

APPEAL in the Simms case from judgment of the General Term of the Supreme Court in the second judicial depart-

ment, entered upon an order made May 13, 1895, which reversed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and ordered a new trial.

*Albert G. McDonald* and *R. B. Greenwood, Jr.,* for appellant.

*Esek Cowen* for respondent.

Judgment affirmed in Simms case.

Judgment reversed in Charde case on the opinions of General Term in the Simms case, with costs.

All concur.